**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

DAVID RUETZ,

        **Plaintiff,**

-vs-                                  Case No. 6:09-cv-498-Orl-31KRS

SHARON W. SULLIVAN, JOHN C.
SLATE and DOES 1 THROUGH 5,

        **Defendants.**

## ORDER

This cause came on for consideration without oral argument on the following motion:

> **MOTION:**     **MOTION TO CHALLENGE THE AUTHORITY OF VALERIE G. PREISS (Doc. No. 19)**
>
> **FILED:**        **May 11, 2009**
>
> **THEREON** it is **ORDERED** that the motion is **DENIED WITHOUT PREJUDICE** for failure to comply with Local Rule 3.01(g). Pro se litigants are responsible for knowing the Local Rules, and the Court expects compliance.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on May 18, 2009.

                                                        GREGORY A. PRESNELL
                                                UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party